UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN C. AVALOS,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON.COM, LLC, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-00567-DAD-BAM<br><br>ORDER REGARDING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(Doc. No. 52) |

Pursuant to the parties' stipulation (Doc. No. 52) and in light of the Plaintiffs' intent to consolidate this matter with four other pending related actions before the Court, the parties' continuing efforts to meet and confer regarding a consolidated complaint, as well as Defendants' motion to stay currently pending before the Court, and for good cause appearing, the Initial Scheduling Conference currently scheduled for February 7, 2019, is HEREBY CONTINUED to **March 12, 2019 at 9:30 AM in Courtroom 8 before Judge Barbara A. McAuliffe**. A JOINT Scheduling Conference Report, carefully prepared and executed by all counsel, shall be electronically filed in full compliance with the requirements set forth in the Order Setting Mandatory Scheduling Conference (Doc. No. 26) one (1) full week prior to the Scheduling Conference, and a copy shall be emailed, in Word format, to

bamorders@caed.uscourts.gov.  The parties may appear at the scheduling conference by telephone with each party using the following dial-in number and passcode: **dial-in number 1-877-411-9748; passcode 3190866**.

IT IS SO ORDERED.

    Dated: __**February 1, 2019**__            /s/ *Barbara A. McAuliffe*
                                                                UNITED STATES MAGISTRATE JUDGE